# OPINIONS PER CURIAM FROM JANUARY 6, 1913, TO DECEMBER 23, 1913.

---

No. 46. Ex parte Díaz.—Petition for a writ of *habeas corpus* presented to Hon. Pedro Aldrey, Associate Justice of the Supreme Court. Decided January 6, 1913. Petition denied. *Mr. Eugenio Benítez Castaño* for petitioner. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 189. In re Raúl Benedicto.—Petition of the National Surety Company to cancel the notarial surety bond given in favor of said notary. Decided by Chief Justice Hernández on January 6, 1913. Bond ordered canceled within the period of 60 days in accordance with Act No. 50 of March 7, 1912.

---

No. 377. Ex parte Polanco.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 13, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 346. Ex parte Martínez.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 13, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 315. Ex parte Moscoso.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 13, 1913. Bond approved. The petitioner appeared *pro se.*